UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| VS. : | Docket No. 3:02CR225 (RNC) |
| AFTAB HUSSAIN : | June 7, 2006 |

APPEARANCE

    To the Clerk of this Court and all parties of record:

    In addition to counsel already of record, please enter my appearance as counsel for the United States of America, Christine Sciarrino, Assistant United States Attorney.

                                                    Respectfully submitted,

                                                    KEVIN J. O'CONNOR
                                                    UNITED STATES ATTORNEY


                                                    CHRISTINE SCIARRINO
                                                    ASSISTANT UNITED STATES ATTORNEY
                                                     157 CHURCH STREET, 23RD FLOOR
                                                     NEW HAVEN, CONNECTICUT 06510
                                                     TELEPHONE (203) 821-3700
                                                     FAX: (203) 773-5392
                                                     EMAIL: Christine.Sciarrino@usdoj.gov
                                                     FEDERAL BAR NO: CT03393

## CERTIFICATION

This is to certify that as of this 7th day of June 2006, undersigned counsel does not know the whereabouts of the Defendant.

_____
CHRISTINE SCIARRINO